# Third District Court of Appeal
## State of Florida

Opinion filed August 3, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-356
Lower Tribunal No. F19-460
_____

**Francisco Peralta,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Francisco Peralta, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed.